**Friedrich Wilhelm KUEHN, Appellant, v. UNITED STATES of America, Appellee.**

**No. 11318.**

Circuit Court of Appeals, Ninth Circuit.

July 28, 1947.

Rehearing Denied Aug. 25, 1947.

Caspar A. Ornbaun and Everett H. Roan, both of San Francisco, Cal., for appellant.

Frank J. Hennessy, U. S. Atty., and Edgar R. Bonsall, Asst. U. S. Atty., both of San Francisco, Cal., for appellee.

Before MATHEWS, BONE, and ORR, Circuit Judges.

PER CURIAM.

On the grounds and for the reasons stated in its opinion (United States v. Holtz, D. C. N. D. Cal., 54 F.Supp. 63), the judgment of the District Court is affirmed.

**Verble Singleton LILLIE, Appellant, v. Frank A. THOMPSON, Trustee for St. Louis-San Francisco Railway Co., Appellee.**

**No. 10376.**

Circuit Court of Appeals, Sixth Circuit.

April 15, 1947.

Grover McCormick, of Memphis, Tenn., and N. Murray Edwards, of St. Louis, Mo., for appellant.

Canada, Russell & Turner, of Memphis, Tenn., for appellee.

Before HICKS, MARTIN, and MILLER, Circuit Judges.

PER CURIAM.

This cause has been heard and considered upon the record and the briefs and oral arguments of attorneys for the respective parties, and it appearing that the order of the district court sustaining the motions of the defendant below, appellee here, for judgment on the pleadings and for summary judgment in favor of the defendant was correctly entered upon the authorities cited therein, the order of the district court dismissing the cause is affirmed.

**Marvin LILLY, Appellant, v. UNITED STATES of America, Appellee.**

**No. 10405.**

Circuit Court of Appeals, Sixth Circuit.

April 11, 1947.

Marvin Lilly, of Leavenworth, Kan., in pro. per., for appellant.

Don C. Miller, of Cleveland, Ohio, for appellee.

Before HICKS, ALLEN, and MARTIN, Circuit Judges.

PER CURIAM.

This case was heard upon the record, briefs and the argument of counsel for appellee, and it appearing to the court that there is no reversible error in the judgment appealed from, the same is therefore in all things affirmed.